IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ORGANIC MATERIALS REVIEW
INSTITUTE, an Oregon nonprofit
corporation,

       Plaintiff,

v.

AMERICAN CEDAR TECHNOLOGY
CORPORATION, a forfeited Texas
corporation, and DAVID L. GLASSEL,

       Defendants.

Civ. No. 6:18-cv-1881-MK

ORDER

MCSHANE, Judge:

      Magistrate Judge Mustafa Kasubhai filed a Findings and Recommendation (#29), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (#29) is adopted. Plaintiff's motion for fees (#24) and costs (#26) are GRANTED. Plaintiff is awarded attorney fees of $4,561.00 and $621.12 in costs.

IT IS SO ORDERED.

      DATED this 24th day of September, 2019.

                                               /s/ Michael J. McShane
                                                 Michael McShane
                                         United States District Judge

1 – ORDER